(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Marcquis Mason   506146
(Name of Plaintiff)     (Inmate Number)

P.O. Box 500, Smyrna, Del. 19801
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Raphael Williams
(2) Medical Commissioner
(3) Jim Walker's
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07-788
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

FILED
DEC - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____
   _____
   _____

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   • •Yes • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   • •Yes • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I put in grievance cause to DOC and even sent letter's personally

2. What was the result? Nothing at all

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Raphael Williams
Employed as Warden at H.R.U.C.I.
Mailing address with zip code: 1301 east 12th street
Wilm/Del 19809

(2) Name of second defendant: Jim Walker's
Employed as Supervision of ICOP at H.R.U.C.I
Mailing address with zip code: 1301 east 12th street
Wilm/Del 19809

(3) Name of third defendant: Medical Committee
Employed as Nurses at H.R.U.C.I
Mailing address with zip code: 1301 east 12th street
Wilm/Del 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Any time I got to put in to sick call slips to be seen something is wrong on to put in a grievance an still havin't been seen the system is failing. My right is being violated over and over again

2. The medical committee has no use for inmates on I.B.N. If I growth as an inmate/teenager in the hole with adults that has these charges is cruel and unusual punishment treatment. I

3. only get one hour of recreation every other two day's. I have been in the hole for 6 months and my penalty was over 6 months ago. The officers has thrown my mail away and pictures.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I will like the court to let my lawsuit go through and to take the matter of this building or hand. Also let me receive the request of money when my case is through.

3

They also stopped it from coming to me at one point of time. It seems the warden, Rafael Williams cares nothing about the inmate's problems, letters I sent. I along with others recieve no fresh air or water and the water we get is connected to the toilet and sewer system. Suppose I was deathly ill in my cell there's no call buttons at all. Then if a inmate kick's the door to contact a officer we are consider a problem and wrote up or beating up happen to the personnel. I am still a juvenile that should be house on 2J not with adults. The supervisior Jill Walter's of YCOP has kept me down here for my 6 months period of time. I have received child abuse and a form of neglection. I still have a family who cares about me out there. Thank you for your time.    Respectfully Submitted

GOD BLESS

Malavis
Mason
SBI# 500146
D.O.B: 90

2. _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of Nov - 11 - 2007, 2007.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Marquis Mason
SBI# 506146
P.O. Box 9561
Wilm, Del. 19809

USA 41
WILM

S.M.S
X-RAY

Clerk
U.S District
Lockbox 18
844 N. King Street
Wilm, DE, 19801