IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUIS MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-788-GMS |
| | ) |
| RAPHEAL WILLIAMS, MEDICAL | ) |
| COMMITTEE, and JILL WALTERS, | ) |
| | ) |
| Defendants. | ) |

### ORDER

WHEREAS, the plaintiff, Marquis Mason, ("Mason"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 13, 2007, the court entered an order for Mason to submit, within 30 days from the date of the order, an application to proceed without prepayment of fees and a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 4);

WHEREAS, to date, the required documents have not been received from Mason;

THEREFORE, at Wilmington this 26th day of Feb, 2008, IT IS HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE for failure to comply with the December 13, 2007 order.

CHIEF, UNITED STATES DISTRICT JUDGE



FILED

FEB 26 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE